UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| ANDRE JONATHAN LOPEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CARY POLICE DEPARTMENT, TONI ) <br> DEMOLTZ, SHAWN ANDERSON, ) <br> KATHERINE CHRISTIAN, JOSHUA BONIN, ) <br> BRUCE DALE, and TOWN OF CARY, ) <br> ) <br> Defendants. ) | **JUDGMENT IN A** <br> **CIVIL CASE** <br> **CASE NO. 7:21-CV-27-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff has failed to serve the summons and complaint within 120 days of the filing of the complaint and has failed to effect service of process. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, plaintiff's case is dismissed without prejudice.

**This Judgment Filed and Entered on November 2, 2021, and Copies To:**

Andre Jonathan Lopez　　　　　　　　　　　　　(Sent to 109 Schooner Landing Dr. Edenton, NC 27932 via US Mail)

DATE:　　　　　　　　　　　　　　　　　　　　PETER A. MOORE, JR., CLERK

November 2, 2021　　　　　　　　　　　　　　(By) /s/ Nicole Sellers

　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk